# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ANTHONY TODD STEFANI,<br><br>            Defendant. | No. SACR 04-068(A)-JVS<br><br>**ORDER TERMINATING SUPERVISED RELEASE** |

Presently before the Court is the motion filed by Defendant Anthony Todd Stefani requesting early termination of supervised release. The term is currently set to expire the third week of October 2011. According to the Federal Probation Department, Defendant is in full compliance with the terms and conditions of supervision.

Good Cause Appearing, the motion is granted. Supervised Release is terminated.

Dated: April 26, 2011

_____
Honorable James V. Selna
United States District Court Judge

CC: USPO

---

CASE NO. CR 04-068(A)-JVS                                          -1-

**[PROPOSED] ORDER TERMINATING SUPERVISED RELEASE**